IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MISTY MENDICINO, ) <br> ) <br> Defendant. ) | Case No. 8:08CR360 <br><br> ORDER AND <br> NOTICE OF HEARING |

This case is before the court on the defendant's request for hearing regarding the Clerk's Notice of Post-Judgment Garnishment (#77).

**IT IS ORDERED:**

1. The requested hearing will be held on **Wednesday, October 16, 2013, at 9:30 A.M.,** before the undersigned magistrate judge, in Courtroom 6, 2nd Floor of the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. The Clerk of the Court is directed to mail a copy of this Order and Notice of Hearing to Misty Mendicino at 9415 Meadow Drive, Omaha, NE 68114.

Dated this 4th day of October 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge