IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MISTY MENDICINO, ) <br> ) <br> Defendant. ) | Case No. 8:08CR360 <br><br> AMENDED ORDER AND <br> NOTICE OF HEARING |

This case is before the court on the plaintiff's Motion to Continue Hearing (#79). For good cause, the motion will be granted.

**IT IS ORDERED:**

1. The hearing regarding the Clerk's Notice of Post-Judgment Garnishment will be held on **Friday, November 8, 2013, at 9:30 A.M.,** before the undersigned magistrate judge, in Courtroom 6, 2nd Floor of the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. The Clerk of the Court is directed to mail a copy of this Amended Order and Notice of Hearing to Misty Mendicino at the address listed on her request for hearing, and to Complete Call Solutions, 10840 Emmet Street, Omaha, NE 68164.

Dated this 15th day of October 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge