IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>  vs.<br><br>Misty Mendicino,<br><br>               Defendant.,<br><br>  And<br><br>Complete Call Solutions,<br><br>               Garnishee. | 8:08CR360 |

GARNISHEE ORDER

       A Writ of Garnishment, directed to Garnishee, Complete Call Solutions, 10840 Emmet Street, Omaha, NE 68164, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on October 29, 2013, stating that at the time of the service of the Writ she had in her possession or under her control non-exempt property belonging to and due defendant, Misty Mendicino, ------------------, Omaha, NE 68114, and that garnishee was indebted to defendant.

       On September 19, 2013, the defendant was notified of her right to a hearing.  On October 3, 2013, the pro se defendant requested a hearing, but did not state her reason for wanting the hearing.

       On October 30, 2013, the defendant reached an agreement with the United States Attorney's Office.  Plaintiff advises the Court that the parties have agreed

that Defendant's employer will deduct $50.00 per pay period from the defendant's wages.

IT IS ORDERED that Garnishee pay:  1) $50.00 per pay period from defendant's wages.  Payments will be made payable to the Clerk of the District Court, and delivered to the U.S. Clerk of the District Court, 111 South 18th Plaza, Suite 1152, Omaha, Nebraska 68102.  Said payments are to continue until A) a court order quashing the writ of garnishment; B) exhaustion of property in the possession, custody or control of the garnishee in which the debtor has a substantial non-exempt interest (including non-exempt disposable earnings), unless the garnishee reinstates or reemploys the judgment debtor within 90 days after the judgment debtor's dismissal or resignation; or C) satisfaction of the debt with respect to which the writ is issued.

The Clerk of the Court shall mail a copy of this Order to the Defendant, the Garnishee, and the U.S. Attorney's Office.

Dated:  November 1, 2013                                                                    .

BY THE COURT:


 s/Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE