IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:08CR360 |
| vs. | ORDER TO RELEASE GARNISHMENT |
| MISTY MENDICINO, | |
| Defendant. | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Complete Call Solutions, and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against Complete Call Solutions is released.

DATED this 18th day of June, 2015.

BY THE COURT:

 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
SENIOR UNITED STATES DISTRICT JUDGE