IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MISTY MENDICINO a/k/a MISTY HARVEY,<br><br>        Defendant,<br>and<br><br>WERNER,<br><br>        Garnishee. | 8:08CR360 |

**ORDER TO RELEASE GARNISHMENT**

This matter comes before this Court on the Motion of Plaintiff, United States of America, for an order releasing the garnishment against Werner, Attn: Karen Smith, ksmith@werner.com, 14507 Frontier Road, Omaha, NE 68138.

IT IS HEREBY ORDERED that the garnishment against Garnishee Werner is released.

DATED this 15th day of June, 2022.

BY THE COURT:

_____
MICHAEL D. NELSON
UNITED STATES MAGISTRATE JUDGE